*824
 
 PER CURIAM.
 

 Lamonte Herring appeals his conviction and sentence for attempted second degree murder on several grounds. We find fundamental error and reverse under
 
 State v. Montgomery,
 
 39 So.3d 252 (Fla.2010), and
 
 Rushing v. State,
 
 — So.3d —, 35 Fla. L. Weekly D1376 (Fla. 1st DCA June 21, 2010), because the trial court gave the standard jury instruction on the lesser included offense of attempted voluntary manslaughter which erroneously includes intent to kill as an element of the crime.
 

 REVERSED and REMANDED.
 

 THOMAS, ROBERTS, and MARSTILLER, JJ., concur.